**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| FOUNTAIN EQUIPMENT FINANCE, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>B&S NEW BEGINNING SERVICES, LLC, and NELSON HOWARD,<br><br>*Defendants*. | ) | Case No. 3:25-cv-570<br><br>Judge Atchley<br><br>Magistrate Judge McCook |

**<u>MEMORANDUM OPINION AND ORDER</u>**

On September 15, 2026, Magistrate Judge Jill E. McCook filed her Report and Recommendation [Doc. 25], recommending the Court grant Plaintiff's Motions for Default Judgement [Docs. 15 & 16]. Prior to making this recommendation, Judge McCook ordered Defendants to show cause why default judgment should not be entered against them, and held a hearing on the Motions. [Docs. 19 & 20]. The Magistrate Judge directed that the Order to Show Cause and notice of hearing be mailed to Defendants at the addresses in the executed summonses. [Doc. 20 at 2-3]. She also advised Plaintiff to be prepared to submit evidence of its damages at the hearing. [*Id.*].

A hearing was held on September 10, 2026. [Doc. 22]. Counsel for Plaintiff appeared and presented testimony and other evidence of damages. Neither Defendant appeared at the hearing and no one appeared on their behalf. [Doc. 25 at 1].

In her Report and Recommendation, the Magistrate Judge specifically advised that the parties had fourteen days to object thereto and that failure to file objections within that time would waive the right to appeal. [Doc. 25 at 9, n.3]; *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) ("It does not appear that Congress intended to require district court

review of a magistrate judge's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings."). Neither party objected to the R&R and the time do so has passed.

At the evidentiary hearing, Plaintiff presented proof that as of September 10, 2026, Defendants owed Plaintiff $243,224.76 due to Defendants' default of the subject Promissory Note and Guaranty Agreement. [Doc. 25 at 3, 6]. That amount includes interest and/or fees of $21,234, which represents $70.78 per diem from November 14, 2025, to September 10, 2026. [*Id.* at 3]. The Magistrate Judge therefore recommends awarding $243,224.76 in compensatory damages, plus post-judgment interest. [*Id.* at 6]. The Magistrate Judge further recommends awarding attorneys fees and costs of $6,029.56, as well as possession of the Equipment, as defined in the R&R. [*Id.* at 6-7].

While no party has objected, the Court has nonetheless reviewed the Report and Recommendation, as well as the record, and agrees with Judge McCook's well-reasoned conclusions. The Court specifically notes that it has subject matter jurisdiction pursuant to 28 U.S.C. § 1332. Plaintiff Fountain Equipment Finance, LLC, is a Tennessee limited liability company. [Doc. 1 at 1]. A limited liability company has the citizenship of its members. *Homfeld II, LLC v. Comair Holdings, Inc.*, No. 01-1151, 53 Fed. App'x 731 (6th Cir. Dec. 3, 2002). Plaintiff's sole member is SmartBank, a Tennessee corporation with a principal place of business in Pigeon Forge, Tennessee. [Doc. 3]. A corporation is a citizen of the state where it is incorporated and also of the state where it has its principal place of business. So Plaintiff is a citizen of Tennessee.

Defendant B&S New Beginnings, LLC, meanwhile, is a Georgia limited liability company. [Doc. 1 at ¶¶ 2-3]. At the default judgment hearing, Plaintiff's counsel represented to the Court that Defendant Nelson Howard is the member of B&S New Beginnings, LLC, and is a resident of

Georgia. [*See* Doc. 25 at 4 n.2]. Accordingly, complete diversity exists between the parties, and the amount in controversy exceeds the jurisdictional minimum.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge McCook's findings of fact and conclusions of law as set forth in the Report and Recommendation [Doc. 25]. Plaintiff's Motion for Default Judgment [Doc. 15] against Defendant Nelson Howard and Motion for Default Judgment [Doc. 16] against Defendant B&S New Beginning Services, LLC, are **GRANTED**.

It is **ORDERED** that:

- Judgment be entered in favor of Plaintiff and against Defendants in the amount of $243,224.76, plus pre-judgment interest from September 11, 2026, through the date of judgment, plus post-judgment interest as provided by law.
- Plaintiff is **AWARDED** attorney's fees and costs in the amount of $6,029.56.
- Plaintiff is **ENTITLED** to repossession of the following Equipment:

| | |
|---|---|
| 2020 John Deere 648L | 1DW648 LBHKF700126 |
| 2016 Autocar yard truck | 516G4G4 B0HH22777 |
| 2016 Autocar yard truck | 51654G4 14GH220763 |
| 2019 Autocar yard truck | 516G4GC 1XKH229218 |
| 2016 Autocar yard truck | 516G4G4 16GH220764 |
| 2016 Autocar yard truck | 516G4G4 14GH220777 |
| 2018 Autocar yard truck | 516G464 B0HH223380 |

A separate judgment order will enter.

**SO ORDERED**.

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**